## WILHELMINA FORD COOK *v.* DANIEL H. COOK.
### [Nos. 3, 48, January Term, 1934.]

*Decided April 4th, 1934.*

The cause was argued before BOND, C. J., PATTISON, URNER, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.).

*John Lank Perryman,* for the appellant.

*G. Elbert Marshall,* for the appellee.

SLOAN, J., delivered the opinion of the Court.